

# Money Management International
# Facsimile Transmission

**From:**
Fax Number:
Voice Phone: 5910

**To:** Bradley H. Foreman
Company:
Fax Number: 3125581852
Voice Phone:

**cc:**

## Fax Notes:

Certificate of Counseling for Kenneth J Mayer.

Confidentiality Notice
The following information contains confidential and/or personal information intended only for the designated recipient. IF you are not the designated recipient please ensure direct delivery. DO NOT READ OR COPY THIS TEXT. To do so would be in violation of Money Management International / Consumer Credit Counseling Service of the Gulf Coast Area, Inc's confidentiality policy. If you have received this communication in error, please notify us immediately through the above number. Thank you.
Date and time of transmission: Monday, May 04, 2009 9:58:34 AM
Number of pages including this cover sheet: 02

Certificate Number: 01267-ILN-CC-006932872

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 4, 2009, at 9:56 o'clock AM CDT,

Kenneth J Mayer received from

Money Management International, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.


Date: May 4, 2009            By       /s/Lisa Drew

                             Name     Lisa Drew

                             Title    Counselor I


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).